UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL JOAQUINE BAPTISTA,<br><br>            Petitioner,<br><br>    vs.<br><br>KEN CLARK, Warden, et al.,<br><br>            Respondents. | Case No: C 09-2406 SBA (PR)<br><br>Related to:<br>C 09-4382 SBA (PR)<br><br>**ORDER DISMISSING ACTION** |

For the reasons set forth in the Court's Order Granting Respondent's Motion to Dismiss Habeas (ECF No. 8),

IT IS HEREBY ORDERED THAT the instant action is DISMISSED.

IT IS SO ORDERED.

Dated: September 30, 2010

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge