UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL JOAQUINE BAPTISTA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>KEN CLARK, Warden, et al.,<br><br>　　　　　Respondents. | Case No: C 09-2406 SBA (PR)<br><br>Related to:<br>C 09-4382 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Order Dismissing Action,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Respondents.

IT IS SO ORDERED.

Dated:  September 30, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge